**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000403
04-SEP-2013
08:34 AM**

NO. CAAP-13-0000403

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MELISSA LOU FLETCHER, Plaintiff-Appellant, v.
VANCE LAIDLAW FLETCHER, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-6605)

ORDER APPROVING THE AUGUST 20, 2013
AMENDED STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Amended Stipulation for Dismissal of Appeal With Prejudice, filed August 20, 2013, by Plaintiff-Appellant Melissa Lou Fletcher, the papers in support, and the record, it appears that (1) the amended stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), but dismissal is warranted by HRAP Rule 42(a) because the appeal has not been docketed; and (3) the parties agree to bear their own costs and attorneys' fees on appeal. Therefore,

IT IS HEREBY ORDERED that the amended stipulation to dismiss the appeal with prejudice is approved and the appeal is dismissed with prejudice. The parties shall bear their own appellate costs and attorneys' fees.

DATED: Honolulu, Hawai'i, September 4, 2013.

Chief Judge

Associate Judge

Associate Judge